**United States Bankruptcy Court**
**Southern District of Florida**
www.flsb.uscourts.gov

In Re:  Case No. 23-10644-RAM
GLEISY VAZQUEZ
SSN: xxx-xx-4553  Chapter 13

_____/

### DEBTOR'S NOTICE OF VOLUNTARY DISMISSAL

Comes Now, GLEISY VAZQUEZ ("Debtor") by and through undersigned counsel files this Debtor's Notice of Voluntary Dismissal of her Voluntary Bankruptcy Petition under Chapter 13 case filed on January 26, 2023. Debtor has a hardship that precludes her from continuing with her case.

### CERTIFICATE OF SERVICE

I HEREBY Certify that a true copy of the Debtor's Notice of Voluntary Dismissal has been served via NEF/ECF to all parties registered to receive electronic notices. Same was also served to Nancy K. Neidich, Chapter 13 Trustee, at Nancy K. Neidich e2c8f01@ch13miami.com ecf2@ch13miami.com., and all parties in the attached service list via regular US mail on July 14, 2023.

Gleisy Vazquez, Debtor

Respectfully Submitted

/s/ George A. Alvarez
George A. Alvarez
Attorney for Petitioner
Florida Bar No. 999318
Law office of George A. Alvarez
10281 SW 72nd St., Suite B102
Miami, FL 33173
Telephone: (305) 270-1000
Email: George@gaalwfirm.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 23-10644-RAM<br>Southern District of Florida<br>Miami<br>Thu Jul 13 13:50:48 EDT 2023 | Specialized Loan Servicing LLC<br>P.O. Box 5703<br>Clearwater, FL 33758-5703 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| Affirm, Inc.<br>Attn: Bankruptcy<br>30 Isabella St, Floor 4<br>Pittsburgh, PA 15212-5862 | Ally Financial, Inc<br>Attn: Bankruptcy<br>500 Woodard Ave<br>Detroit, MI 48226-3416 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Capital One<br>Attn: Bnakruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Citibank<br>Attn: Bankruptcy<br>P.O. Box 790034<br>St Louis, MO 63179-0034 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | Goldman Sachs Bank USA<br>Attn: Bankruptcy<br>Po Box 70379<br>Philadelphia, PA 19176-0379 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Mr. Cooper<br>8950 Cypress Waters Blvd.<br>Coppell TX 75019-4620 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Syncb/Home Design Floor<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Syncb/ebay<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank<br>by AIS InfoSource LP as agent<br>Dept. 888<br>PO Box 4457<br>Houston, TX  77210-4457 | Synchrony Bank<br>by AIS InfoSource LP as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | U.S. Bank National Association Trustee (See<br>c/o Specialized Loan Servicing LLC<br>6200 S. Quebec Street, Suite 300<br>Greenwood Village, Colorado 80111-4720 | Upstart<br>Upstart Operations/ Attn:Bankruptcy<br>Po Box 1503<br>San Carlos, CA 94070-7503 |
| Upstart Network, Inc<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | Wffnatbank<br>Po Box 14517<br>Des Moines, IA 50306-3517 | George A Alvarez<br>10281 Sunset Drive, Suite 102B<br>Miami, FL 33173-3025 |
| Gleisy Vazquez<br>3102 SW 147 Ct.<br>Miami, FL 33185-4026 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Acura Financial Services<br>P.O. Box 168088<br>Irving, TX 75016-8088 | (d)American Honda Finance<br>Attn: Bankruptcy<br>Po Box 168008<br>Irving, TX 75016 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (u)Roxana Estevez | (u)Russell Clark |

End of Label Matrix
Mailable recipients    28
Bypassed recipients     3
Total                  31